<hr />

STEWART ET AL. v. CITY OF PUEBLO.

MUNICIPAL CORPORATIONS.

The doctrines announced in *McCord et al. v. The City of Pueblo, ante,* p. 48, are reaffirmed in this case.

*Error to the District Court of Pueblo County.*

Mr. C. E. GAST and Messrs. ARRINGTON & MCALINEY, for plaintiffs in error.

Mr. A. M. NICHOLAS and Messrs. WALDRON & DEVINE, for defendant in error.

PER CURIAM.   The questions involved in this case being substantially the same as those in *McCord et al. v. The City of Pueblo*, the two cases were argued and submitted together. The judgment in this must be the same as in the former. The judgment of the district court will be reversed and the cause remanded.

*Reversed.*